■ ROCHESTER WASTE, INC., Appellant, v THOMAS W. MORAN et al., Respondents. [796 NYS2d 278]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered February 4, 2004. The order denied plaintiff's motion seeking an order directing that the order on Supreme Court's May 9, 2003 decision be deemed abandoned for failure to comply with 22 NYCRR 202.48 and that the relief sought in plaintiff's order to show cause be reinstated.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present— Hurlbutt, J.P., Scudder, Martoche, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAYLON HEMPHILL, Appellant. [796 NYS2d 279]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered February 21, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree and attempted burglary in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Ray*, 307 AD2d 754, 755 [2003], *lv denied* 100 NY2d 624 [2003]). Present—Martoche, J.P., Smith, Lawton and Hayes, JJ.